UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-1009

KAREN M. KINGSBURY MILLER,

Plaintiff - Appellant,

versus

BREIT, DRESCHER & BREIT, P.C.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Richard B. Kellam, Senior District Judge. (CA-93-1052)

Submitted: November 21, 1995      Decided: March 26, 1996

Before HALL, WILKINS, and NIEMEYER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen M. Kingsbury Miller, Appellant Pro Se. Gregory Albert Giordano, SHUTTLEWORTH, RULOFF, GIORDANO & KAHLE, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying her action seeking monetary penalties under 29 U.S.C.A. § 1132(c)(1) (West Supp. 1995) for failure to timely notify her of her rights to continue her health insurance benefits, and denying her motion for costs and attorney's fees. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kingsbury Miller v. Breit, Dresher & Breit, P.C., No. CA-93-1052 (E.D. Va. Nov. 25, 1994 & Jan. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED